ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Al-Raha Group for Technical Services | ) ASBCA Nos. 61645, 61646 |
| | ) |
| Under Contract No. FA8505-11-C-0001 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:          Mr. Affas Al Otaibi
                                                                      CEO

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                                                      DCMA Chief Trial Attorney
                                                                   Alexander M. Healy, Esq.
                                                                      Trial Attorney
                                                                      Defense Contract Management Agency
                                                                      Hanscom AFB, MA

### ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

On October 22, 2019, the government filed a motion to dismiss for failure to prosecute. By Order dated October 28, 2019, the Board advised appellant that it had 30-days to file a response to the government's motion to dismiss. Appellant did not file a response. On December 6, 2019, the Board ordered appellant to file a response to the motion or show cause why the appeals should not be dismissed for failure to prosecute. Again, appellant did not file a response.

On January 6, 2020, the Board issued an Order to Show Cause, directing appellant to file a response to the government's motion or show cause why the appeals should not be dismissed. Appellant has not responded to any of the Board's Orders requiring a response to the motion. Accordingly, ASBCA Nos. 61645 and 61646 are dismissed with prejudice under Board Rule 17.

Dated: February 6, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61645, 61646, Appeals of Al-Raha Group for Technical Services, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2